**Tito ROIS, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49955.**

Missouri Court of Appeals,
Western District.

May 23, 1995.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and LOWENSTEIN and ELLIS, JJ.

### *ORDER*

PER CURIAM.

Appeal from the denial of motion for post-conviction relief pursuant to Rule 24.035.

Judgment affirmed.   Rule 84.16(b)